1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BILLY DRIVER, JR.,                          No.  2:21-cv-0761 KJM DB P

12                    Plaintiff,

13           v.                                   ORDER

14    APPROVED COMPUTER TABLET
      PROGRAM, et al.,
15
                      Defendants.
16

17           Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under to

18    42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20           On January 21, 2022, the magistrate judge filed findings and recommendations, which

21    were served on plaintiff and which contained notice to plaintiff that any objections to the findings

22    and recommendations were to be filed within twenty days.  (ECF No. 8.)  Plaintiff has not filed

23    objections to the findings and recommendations.

24           The court presumes that any findings of fact are correct.  *See Orand v. United States*,

25    602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

26    de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

27    by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

28    /////

                                                  1

1   . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

2   supported by the record and by the proper analysis.

3          Accordingly, IT IS HEREBY ORDERED that:

4          1.  The findings and recommendations filed January 21, 2022, are adopted in full;

5          2.  This action is dismissed without prejudice; and

6          3.  The Clerk of the Court is directed to close this case.

7   DATED:  March 24, 2022.

8

9   _____

10          CHIEF UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2